IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00026-RLV-DSC

| | |
|---|---|
| ACTEGA WIT, INC. 401(K) AND PROFIT SHARING PLAN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CASSANDRA H. JONES, | ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Suellen Oswald]" (document # 3) filed February 14, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: February 15, 2013

David S. Cayer
United States Magistrate Judge