IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
STATESVILLE, N.C.
FEB - 2 2015
U.S. District Court
Western District of N.C.

| | |
|---|---|
| ACTEGA WIT, INC. 401(k) AND PROFIT SHARING PLAN,<br><br>Plaintiff,<br><br>-against-<br><br>BETTY ANN JONES HUNSUCKER<br>3488 Gaston Hillside Road<br>Lincolnton, NC 28092<br><br>and<br><br>CASSANDRA H. JONAS<br>4812 Kiwi Lane<br>Vale, NC 28168,<br><br>Defendants. | Civil Action No. 5:13-cv-26<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Plaintiff ACTEGA WIT, Inc. 401(k) and Profit Sharing Plan has voluntarily agreed to the entry of an Order dismissing this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned cause **BE** and hereby **IS, DISMISSED WITH PREJUDICE**, and without costs or attorneys' fees to any party.

_____
Honorable Richard Vorhees
United States District Court Judge
2 Feb. 2015